■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY WYNTERS, Appellant. (Appeal No. 2.) [748 NYS2d 75] —Appeal from a judgment of Monroe County Court (Geraci, Jr., J.), entered August 23, 2000, convicting defendant upon his plea of guilty of, inter alia, rape in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same Memorandum as in *People v Wynters* ([appeal No. 1] 298 AD2d 852). Present—Green, J.P., Wisner, Scudder, Burns and Gorski, JJ.